IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 351-2 |
| v. | ) | Judge Joan Gottschall |
| | ) | |
| DAVID VANCE | ) | |
| Defendant. | ) | |

### DAVID VANCE'S PROPOSED VOIR DIRE

David Vance and through his attorney, Ellen R. Domph and Paul M. Brayman, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, request that the Court include the attached questions in its general voir dire of the jurors in order that the defense may effectively exercise its challenges for cause and its peremptory challenges:

**PERSONAL**

1. Where do you currently live, and for how long?
   Whom do you live with?
   Do you own your home or rent your home?

2. Since 2001 what other cities have you lived in and for how long did you live in each city?

3. Do you have difficulty reading, speaking, or understanding the English language?

4. Do you speak or understand any languages in addition to English?
   If yes, what languages?

5. Do you have:
   Any difficulty hearing?
   Any difficulty seeing?

6. What is the highest level of education you have completed?

7. If you have a spouse/significant other, what is his/her educational background?

8. Do you have primary responsibility for a young child, disabled or elderly person?

1

9. The court estimates that the trial of this case may last three weeks. Do you have any personal, professional, or medical problems, which could affect your ability to serve as a juror in a trial of this length?
   If yes, please state the nature of your problems.

**EMPLOYMENT**

10. Current employment status: Are you:
    Self-employed, work full-time, work part-time, homemaker, student, disabled?

    If employed for how long?

    If disabled, how long have you been unable to work?

    If unemployed/laid off for how long?

    If retired, for how long?

11. What are (were) your main responsibilities on your job?

12. Do (did) you work for a:

    Small company (less than 50 employees)
    Large company (50 or more employees)
    Government Agency, please specify:

13. How satisfied are you with your current work situation?

14. Do you supervise other people?
    If yes, how many?
    Describe your responsibilities.
    Do you have the responsibility to fire/hire others?

15. Name the other jobs, if any, that you have had in the last 10 (ten) years.

16. Have you ever worked in or for a bank? If yes, please provide details.

17. Have you or a close friend or family member ever been the victim of a bank robbery while employed at the bank or as a patron? If yes, please describe.

18. Have you or anyone you know ever had training or employment with the following?

    Federal government
    Federal Bureau of Investigation (FBI)
    City of Chicago
    Chicago Police Department
    State government or legislature
    Local Government
    Illinois State Police
    Court system (local, state, or federal)
    Law or law office.

19. Do you have any close friends or relatives who are attorneys, Assistant States Attorneys, Assistant United States Attorneys, Public Defenders, or criminal defense lawyers? If so, who, which position, where are they so engaged and have you ever discussed their job, cases, or legal experience with them?

**FAMILY**

20. What is your marital status?

21. If you have a spouse or significant other, please describe his/her occupation:
    Job Title or Description:
    Length of Present Employment:
    What other type of jobs has your spouse/significant other held?

22. Please provide the same information as above in paragraph 21 about your children, and grandchildren, if any.

**FORENSIC EVIDENCE**

23. Have you, or has anyone close to you, had any science education or training?
    If yes, please describe.

24. Have you, or has anyone close to you, had any math education or training?
    If yes, please describe.

25. Do you, or anyone close to you, have any experience in any fields or studies that rely heavily on mathematics?

26. Have you, or has anyone close to you, ever worked in a laboratory?
    If yes, please describe.

27. Have you, or has anyone close to you, ever taken any courses or had training in molecular biology or biochemistry, genetics, statistics, DNA analysis, firearms/toolmarks, ballistics, fingerprinting, forensic sciences, or evidence collection?

28. Are you familiar with the term "scientific method"?

29. Are you familiar with the concept of probabilities?

30. Are you familiar with any of the theories behind DNA testing?

31. DNA evidence may be introduced in this case, do you have any strong feelings either for or against DNA evidence?

32. Do you believe the FBI can make mistakes?

33. Do you believe evidence can be contaminated?

34. Do you believe DNA evidence is so reliable that it is never wrong?

35. Have you ever read any books, articles or magazines on DNA collection and analysis? If yes, please describe.

36. Do you believe you can keep an open mind on the subject of DNA evidence, and not allow any preconceptions or biases to affect your judgment?
If no, please explain.

37. Have you heard about the use of DNA evidence in other criminal cases – such as the O.J. Simpson case?
If yes, what conclusions did you draw, and how might that affect your judgment in this case?

**LEGAL SYSTEM**

38. Most people believe that there are two sides to every story. If you were to serve as a juror in this case would you expect both sides to present evidence?
If yes, please explain.

39. Every defendant is presumed innocent and cannot be convicted unless the jury, based solely on all the evidence in this case, unanimously decides that guilt has been proven beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. The defendants have no burden of proof at all. What is your opinion of this?

40. If you conclude that the government has not proven a charge beyond a reasonable doubt, would you be able to find a defendant not guilty of that charge, even if that defendant has not presented any evidence?
If yes, please explain.

41. Do you believe that once a person is accused of a crime it is more than likely that he or she is guilty of that crime?
If yes, please explain.

42. Do you understand that an indictment against the defendant is not evidence of whether the defendant is guilty or not guilty?

43. Do you believe that a defendant in a criminal trial should be required to tell his/her story?
If yes, please explain.

44. Do you understand that all federal prosecutions are brought in the name of the United States, and that this is merely a formal way of naming a party in a case, and has no significance whatsoever as to the guilt of a defendant?

45. Do you believe that because a witness is in law enforcement, he or she is more believable than other non-law enforcement witnesses?

46. Do you believe that police officers always tell the truth?

47. Do you believe that FBI agents always tell the truth?

48. Do you believe the police, FBI and other federal agents are usually thorough and accurate in their investigation?

49. What is your impression of criminal defense attorneys?
What is your impression based on?

50. Have you or anyone you know ever applied for a job in law enforcement? If yes, please describe.

51. Have you or anyone you know ever been connected with law enforcement in any other way? If yes, please explain.

52. Have you ever served on a jury or grand jury?
If yes, please explain.

53. Have you or any one you know ever been accused of a crime other than a traffic ticket?
If yes, please explain.

54. Have you or anyone you know ever been arrested for a crime other than a traffic ticket?
    If yes, please explain.

55. Have you or anyone you know ever been charged with a crime other than a traffic ticket?
    If yes, please explain.

56. Have you or anyone you know ever been convicted of a crime other than a traffic ticket?
    If yes, please explain.

57. Has any experience left you with any strong feelings about people who are charged with crimes, the criminal justice system, law enforcement or attorneys?
    If yes, please explain.

58. Do you know anyone who agreed to cooperate with the prosecution in a criminal case in order to get a reduced sentence or immunity?
    If yes, please explain.

59. Do you know anyone who agreed to cooperate with the prosecution in a criminal case, worked undercover while wearing a recording device, and secretly record conversations?
    If yes, please explain.

60. Have you or anyone you know been the victim of a crime?
    If yes, please give details and the outcome of the case.

61. Have you or anyone you know been a witness to a crime?
    If yes, please explain.

62. Have you ever followed or been interested in any criminal case?
    If yes, please explain.

63. Have you ever had any contact with the United States Attorney's office or any other prosecutor's office?
    If yes, please explain.

64. Have you or anyone you know ever testified in court?
    If yes, please explain.

65. Have you or anyone you know ever used the services of an attorney for any reason? If yes, please explain.

66. Have you or anyone you know ever studied law or criminal justice?
    If yes, please explain.

6

**ADDITIONAL INFORMATION**

67. What clubs or organizations do you belong to?

68. Have you ever volunteered for any charitable or other organization?

69. Do you hold a leadership position in any organization?

70. What is your favorite movie?

71. What are your hobbies?

72. What are your favorite television shows, or which shows do you regularly watch?

73. What is your favorite radio station?

74. What is your favorite book?

75. What was the last book you read?

76. What is your favorite color?

77. Have you followed accounts of any trials?
    If yes, which one(s)?

78. Do you watch Court TV?

79. Do you watch Nancy Grace?

80. What is your favorite television news show?

81. What is your favorite radio news show?

82. Do you subscribe to and/or regularly read a newspaper?
    If yes, which one(s):

83. Have you ever written a letter to the editor?
    If yes, what was its subject matter?

84. Do you subscribe to or regularly read any magazines?
    If yes, which one(s):

85. Do you use a computer?

86. Do you own a computer?

87. Do you use the internet? If yes, for what?

88. If you use the internet, what websites do you visit on a regular basis?

89. Name two individuals who are publicly known whom you most respect.

**MILITARY**

90. Have you ever served in the military?
    If so, please give the following information:
    Branch;
    Years of Service;
    Enlist?
    Re-enlist? Highest Grade or Rank Attained
    Military Occupational Specialty
    Duties:
    Did you serve in combat?
    Year Discharged?
    Type of Discharge:
    Did you participate in any Court Martials?
    If yes, explain
    Did you ever serve in the military police?
    If yes, explain:

91. Has your spouse/significant other or family member ever served in the military?
    If so, who:
    Please give details as in 91 above.

    Did he/she participate in any Court Martials?
    If yes, explain.

    Did he/she ever serve in the military police?
    If yes, explain.

    WHEREFORE, DAVID VANCE prays this Honorable Court grant his aforestated

requests.

                                        Respectfully submitted,

                                        Ellen R. Domph

Ellen R. Domph
53 W. Jackson Blvd., Suite 1544
Chicago, IL 60604
312-922-2525

## **CERTIFICATE OF SERVICE**

      I hereby certify that foregoing **DAVID VANCE'S PROPOSED VOIR DIRE** was served on July 7, 2011, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF Filers.

                                     S/ Ellen R. Domph
                                     **ELLEN R. DOMPH**
                                     53 W. Jackson, Suite 1544
                                     Chicago, Illinois 60604
                                     (312) 922-2525