# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 351 - 2 | **DATE** | 7/29/2011 |
| **CASE TITLE** | U.S.A. vs. David Vance | | |

**DOCKET ENTRY TEXT**

(Defendant David Vance only). Jury trial held on 7/29/2011. Jury deliberation began. Jury returns verdict of guilty on Superseding Counts 2,3,5,6 and 8. Court enters judgment of guilty on Superseding Counts 2,3,5,6 and 8. Trial Ends - Jury. Defendant's oral motion to file post-trial motions in 120 days is granted. Defendant to file motions by 11/29/2011. The government to file response by 12/27/2011 and defendant to file reply by 1/17/2012.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SRB |
|---|---|---|